# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIEK SHAW,<br>　　Petitioner<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent | :<br>: No. 1:10-cr-00204<br>:<br>:<br>: (Judge Kane)<br>:<br>: |

## ORDER

**AND SO**, on this 13th day of June 2014, **IT IS HEREBY ORDERED THAT** Petitioner Alliek Shaw's motion to reduce his sentence (Doc. No. 59) is **DENIED**.

　　　　　　　　　　　　　　　　　　　S/ Yvette Kane
　　　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania